UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL LINDSEY GAMBUZZA,

    Plaintiff,

v.                                                Case No. 8:10-cv-2614-T-23TBM

CAPTAIN WILLIAMS, et al.,

    Defendants.
_____/

## O R D E R

    Gambuzza's civil rights complaint was dismissed because the record refutes his claim that the defendants have denied him access to the courts. Gambuzza appeals (Doc. 5) and seeks leave to proceed in forma pauperis on appeal (Doc. 6). Based on the reasons stated in the earlier order (Doc. 3) finding that this action is meritless, an appeal lacks good faith. See 28 U.S.C. § 1915(a)(3) and Rule 24(a)(4)(B), Fed. R. App. P.

    Accordingly, the motion for leave to proceed in forma pauperis (Doc. 6) on appeal is **DENIED**. An appeal lacks good faith. Gambuzza must pay the full $455 appellate filing fee without installments unless the circuit court allows him to proceed in forma pauperis.

    ORDERED in Tampa, Florida, on December 27, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE